UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY L. CRAWFORD,

    Plaintiff,

vs.

WAL-MART STORES EAST, L.P.,

    Defendant.

Case No. 12-13532-JAC-MAR
Honorable Julian Abele Cook

Magistrate Judge Mark A. Random
Lower Court Case No. 2012-98689-NO

---

EDWIN W. JAKEWAY (P15424)
Jakeway, Jakeway & Jakeway, P.C.
Attorneys for Plaintiff
G-8161 S. Saginaw Street
Grand Blanc, MI 48349
810-694-1211
tped41@aol.com

NICOLE M. WRIGHT (P63513)
Zausmer, Kaufman, August, Caldwell & Tayler, P.C.
Attorneys for Defendant
31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
248-851-4111
nwright@zkact.com

---

## DEFENDANT WAL-MART STORES EAST, L.P.'S NOTICE OF NON-PARTY FAULT

NOW COMES Defendant, WAL-MART STORES EAST, L.P. ("Defendant"), by and through its attorneys, ZAUSMER, KAUFMAN, AUGUST, CALDWELL & TAYLER, P.C., and hereby gives notice, pursuant to MCL §§ 600.6304 and 600.2957; and MCR 2.112(K), that at the time of trial it will be asserted that the non-party who was allegedly pushing and/or in control of the cart that Plaintiff claims struck her is partially and/or wholly responsible for Plaintiff's alleged injuries/damages. Based on the information known to date, the person who was pushing and/or in control of the cart described in Plaintiff's Complaint is not a Wal-Mart employee. Defendant is in the process of locating information surrounding this non-party. Defendant

1

reserves the right to supplement and/or modify this Notice of Non-Party Fault as discovery is ongoing.

          Respectfully Submitted,

          ZAUSMER, KAUFMAN, AUGUST,
            CALDWELL & TAYLER, P.C.

           /s/ Nicole M. Wright
          NICOLE M. WRIGHT (P63513)
          Attorney for Defendant Wal-Mart Stores East, LP
          31700 Middlebelt Road, Suite 150
          Farmington Hills, MI  48334
          Phone:  (248) 851-4111
          nwright@zkact.com

Dated:   December 3, 2012

### CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing paper with the Clerk of the Court, using the ECF system which will send notification of such filing to the following:

Edwin W. Jackway at tped41@aol.com

           /s/ Gastina Gandy
          Zausmer, Kaufman, August, Caldwell & Tayler, P.C.
          31700 Middlebelt Road, Suite 150
          Farmington Hills, MI 48334-2374
          248-851-4111
          sgandy@zkact.com