UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY L. CRAWFORD,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,
AND CROSSMARK, INC.,

    Defendants.

Case No: 12-13532-JAC-MAR
Hon. Julian Abele Cook
Magistrate Judge Mark A. Random

*Stipulation and Proposed Order
for the dismissal of
Wal-Mart Stores East, LP*
ONLY

---

JAKEWAY, JAKEWAY & JAKEWAY, P.C.
EDWIN W. JAKEWAY (15424)
Attorney for Plaintiff
G-8161 S. Saginaw Street
Grand Blanc, MI 48439
(810) 694-1211
tped41@aol.com

COLLINS, EINHORN, FARRELL
MICHAEL J. SULLIVAN (P35599)
COLLEEN H. BURKE (P63857)
Attorney for Defendants
4000 Town Center, Suite 909
Southfield, MI 48075
(248) 355-4141
Michael.Sullivan@CEFlawyers.com
Colleen.Burke@CEFlawyers.com

---

**Stipulation for Dismissal** AS TO WAL-MART STORES EAST, L.P. ONLY

IT IS HEREBY STIPULATED by and between counsel for the plaintiff and defendant Wal-Mart Stores East, LP, that plaintiff's cause of action against Wal-Mart Stores East, LP only, be dismissed in its entirety without prejudice and without attorney fees and/or costs to either party.

BY: /s/ _____
EDWIN W. JAKEWAY (15424)
Attorney for plaintiff

BY: /s/ _____
Colleen H. Burke (P63857)
Attorney for defendant
Wal-Mart Stores East, LP