UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY L. CRAWFORD,

             Plaintiff,

vs.

WAL-MART STORES EAST, LP,
AND CROSSMARK, INC.,

             Defendants.

Case No: 12-13532-JAC-MAR
Hon. Julian Abele Cook
Magistrate Judge Mark A. Random

***Proposed Order
for the dismissal of
Wal-Mart Stores East, LP***

---

JAKEWAY, JAKEWAY & JAKEWAY, P.C.
EDWIN W. JAKEWAY (15424)
Attorney for Plaintiff
G-8161 S. Saginaw Street
Grand Blanc, MI  48439
(810) 694-1211
tped41@aol.com

COLLINS, EINHORN, FARRELL
MICHAEL J. SULLIVAN (P35599)
COLLEEN H. BURKE (P63857)
Attorney for Defendants
4000 Town Center, Suite 909
Southfield, MI  48075
(248) 355-4141
Michael.Sullivan@CEFlawyers.com
Colleen.Burke@CEFlawyers.com

---

## Order for Dismissal as to Wal-Mart Stores East, LP Only

        Upon reading and filing of the above Stipulation, and the Court being fully advised in the premises,

        IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's cause of action against defendant Wal-Mart Stores East, LP, only, be and the same is hereby dismissed without prejudice and without attorney fees and/or costs.

        This Order does not resolve the last pending claim and the case is not closed.

Date:  April 10, 2013

              s/Julian Abele Cook, Jr.
              JULIAN ABELE COOK, JR.
              United States District Judge

LAW OFFICES   COLLINS EINHORN FARRELL   4000 TOWN CENTER STE 909, SOUTHFIELD, MI 48075   (248) 355 - 4141