UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY L. CRAWFORD,

       Plaintiff,                         Case No: 12-13532-JAC-MAR
                                         Hon. Julian Abele Cook

vs.                                             Magistrate Judge Mark A. Random

CROSSMARK, INC.                     ***Stipulation and Proposed Order***
                                             ***for the dismissal of***
       Defendant.                      ***Crossmark, Inc. and closing of case***

---

| | |
|---|---|
| JAKEWAY, JAKEWAY & JAKEWAY, P.C. | COLLINS, EINHORN, FARRELL |
| EDWIN W. JAKEWAY (15424) | MICHAEL J. SULLIVAN (P35599) |
| Attorney for Plaintiff | COLLEEN H. BURKE (P63857) |
| G-8161 S. Saginaw Street | Attorney for Defendant |
| Grand Blanc, MI  48439 | 4000 Town Center, Suite 909 |
| (810) 694-1211 | Southfield, MI  48075 |
| tped41@aol.com | (248) 355-4141 |
| | Michael.Sullivan@CEFlawyers.com |
| | Colleen.Burke@CEFlawyers.com |

---

## **Stipulation for Dismissal and Closing of Case**

      IT IS HEREBY STIPULATED by and between counsel for the plaintiff and defendant Crossmark, Inc., that plaintiff's cause of action against Crossmark, Inc. be dismissed in its entirety with prejudice and without attorney fees and/or costs to either party.

BY:   /s/ Edwin W. Jakeway*              BY:   /s/ Colleen H. Burke
       EDWIN W. JAKEWAY (15424)              Colleen H. Burke (P63857)
       Attorney for plaintiff                             Attorney for defendant
       *with permission                                   Crossmark, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY L. CRAWFORD,

    Plaintiff,

vs.

CROSSMARK, INC.

    Defendant.

Case No: 12-13532-JAC-MAR
Hon. Julien Abele Cook
Magistrate Judge Mark A. Random

***Stipulation and Proposed Order
for the dismissal of
Crossmark, Inc. and closing of case***

---

| | |
|---|---|
| JAKEWAY, JAKEWAY & JAKEWAY, P.C.<br>EDWIN W. JAKEWAY (15424)<br>Attorney for Plaintiff<br>G-8161 S. Saginaw Street<br>Grand Blanc, MI  48439<br>(810) 694-1211<br>tped41@aol.com | COLLINS, EINHORN, FARRELL<br>MICHAEL J. SULLIVAN (P35599)<br>COLLEEN H. BURKE (P63857)<br>Attorney for Defendant<br>4000 Town Center, Suite 909<br>Southfield, MI  48075<br>(248) 355-4141<br>Michael.Sullivan@CEFlawyers.com<br>Colleen.Burke@CEFlawyers.com |

---

## **Order for Dismissal**

    Upon reading and filing of the above Stipulation, and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's cause of action against defendant Crossmark, Inc. be and the same is hereby dismissed with prejudice and without attorney fees and/or costs.

    This Order resolves the last pending claim and the case is now closed.

Date:  October 4, 2013

                                         s/Julian Abele Cook, Jr.
                                         JULIAN ABELE COOK, JR.
                                         United States District Judge